IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Southern</u> DISTRICT OF <u>Mississippi</u>
<u>Jackson</u> DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
MAR 20 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

____Yuri Calzadilla 141943____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

____M.D.O.C____
____Mississippi Department of Correction____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. __3:17cv181-TSL-LRA__
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Yuri Calzadilla 141943_

All other names by which you have been known:

_Same_

ID Number _141943_
Current Institution _C.M.C.F_
Address _C.M.C.F R/C Sec:3 Zone 616 T_
_P.O Box 88550_
_Pearl, MS 39288_

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _M.D.O.C_
Job or Title (if known) _Mississippi Department of Corrections_
Shield Number ____
Employer _Government agency_
Address _723 North President street_
_Jackson, MS 39202_

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

Name ____

2

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address _____
_____

☐ Individual capacity         ☐ Official capacity

Defendant No. 3

Name _____

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address _____
_____

☐ Individual capacity         ☐ Official capacity

Defendant No. 4

Name _____

Job or Title
(if known) _____

Shield Number _____

Employer _____

Address _____
_____

☐ Individual capacity         ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Privileges, Medical care*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Unaeble to provide madical needs for diabetis patient.*

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C.M.C.F R/C Sec: 2 Sept, Oct, Nov, Dec 2016

C. What date and approximate time did the events giving rise to your claim(s) occur?

Sept-7-2016 until Dic-2016

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am diagnosed with Diabetis Type 2 I house in C.M.C.F 720 on 2015 for medical, I am house in R/K sec: 2

5

in aguste 1-2016, in sept 7-8-9-10-2016 M.D.O.C stuff stop feeding me becouse they can't provide my diabetis need, also a was place in the whole for 48 days with out medical needs of Diet tray and snack bag.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

becouse diabetic I am losing my eye side I need a better medical treatment for diabetis I also need to be provide with diet tray and snack bag as I need becouse I taking insuling two time at day.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I will like to have a better medical treatment like have my insuling two time at day with Diet tray and snack bag, I also will to have a money compensation for damages to my eye and some of my organs.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

C.M.C.F
Central Mississippi Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes
☐ No
☐ Do not know

If yes, which claim(s)?
Medical

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes
☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   C.M.C.F R/C

2. What did you claim in your grievance?

   I have problem with my Diet tray and snack bag I am not geting my madical need for diabetis, I have been not feed for 4 days.

3. What was the result, if any?

   I have no answer

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I send letters to
   1- Superintendent Ron King
   2- Warden Wendell K Banks
   3- Medical  4- R/C Kichen and Central Kichen

8

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I sent letters to Superintendent, Warden Medical, R/C kichen and Central Kichen

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   From de begining of agust 2016 to Dic 2016 I been sending letters to: Superintendent Warden, R/C kichen and Central Kichen and madical I have no response

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I have fill many sick call to medical about this complaint.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

  ☐ Yes

  ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

     Plaintiff(s) _____

     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*

     _____

  3. Docket or index number

     _____

  4. Name of Judge assigned to your case

     _____

  5. Approximate date of filing lawsuit

     _____

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) *Yuri Cabadilla*
   Defendant(s) *Lamar County Jail*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *in the united states District Court for the southern District of Mississippi Jackson Division*

3. Docket or index number

   *don't know*

4. Name of Judge assigned to your case

   *don't know*

5. Approximate date of filing lawsuit

   *2007*

6. Is the case still pending?

   ☐ Yes
   ☒ No

If no, give the approximate date of disposition. __2009__

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    __Case dismissed — no appealed__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __Dic - 12__, 20__16__.

Signature of Plaintiff __Yuri Calzadilla__
Printed Name of Plaintiff __Yuri Calzadilla__
Prison Identification # __141943__
Prison Address __C.M.C.F  R/C  Sec: 3  Fzone 616T__
__Pearl__                    __Ms__          __39288__
City                         State           Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

Address          _____
Telephone Number _____
E-mail Address   _____